**Dismissed and Opinion Filed January 26, 2021**



In The
## Court of Appeals
## Fifth District of Texas at Dallas

No. 05-20-00716-CV

**DESTINY BERKLEY, Appellant**
**V.**
**REGAL CROSSING APARTMENTS, Appellee**

**On Appeal from the County Court at Law No. 3**
**Dallas County, Texas**
**Trial Court Cause No. CC-20-01469-C**

## MEMORANDUM OPINION

Before Justices Molberg, Reichek, and Nowell
Opinion by Justice Molberg

Appellant's brief in this case is overdue. By order dated October 22, 2020, the Court informed appellant the reporter's record had been filed, vacated our October 8, 2020 order submitting the case without a reporter's record, and ordered appellant to file her brief by November 20, 2020. By postcard dated November 24, 2020, we notified appellant the time for filing her brief had expired. We directed appellant to file a brief and an extension motion within ten days. We cautioned appellant that failure to file a brief and an extension motion would result in the dismissal of this appeal without further notice. To date, appellant has not filed a

brief, filed an extension motion, nor otherwise corresponded with the Court regarding the status of this appeal.

Accordingly, we dismiss this appeal. *See* TEX. R. APP. P. 38.8(a)(1); 42.3(b), (c).

/Ken Molberg//
KEN MOLBERG
200716f.p05                                    JUSTICE



## Court of Appeals
## Fifth District of Texas at Dallas

## JUDGMENT

DESTINY BERKLEY, Appellant

No. 05-20-00716-CV     V.

REGAL CROSSING
APARTMENTS, Appellee

On Appeal from the County Court at
Law No. 3, Dallas County, Texas
Trial Court Cause No. CC-20-01469-
C.
Opinion delivered by Justice
Molberg. Justices Reichek and
Nowell participating.

In accordance with this Court's opinion of this date, the appeal is
**DISMISSED**.

Judgment entered this 26th day of January, 2021.